No. 76–6850. CRESPO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6873. McDERMOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6946. BUCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6959. HAYES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6973. IN RE BARTLETT. C. A. 6th Cir. Certiorari denied.

No. 76–6979. VAN BUREN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6988. HAIMSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–7. DEAL, EXECUTRIX, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–17. SMALDONE ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–43. MELVIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–99. UTAH STATE UNIVERSITY OF AGRICULTURE AND APPLIED SCIENCE *v.* BEAR, STEARNS & CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–103. LEO FOUNDATION *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 77–127. WALKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.